GARRETT REILLY, Appellant, *v.* CHARLES Q. FREEMAN et al., Respondents.

*Reilly* v. *Freeman,* 1 App. Div. 560, appeal dismissed.
(Argued June 21, 1897; decided June 25, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial

department, entered December 21, 1896, which modified, and, as modified, affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The motion was made on the ground that the judgment of the Appellate Division was interlocutory and not final.

*L. Laflin Kellogg* and *James Demarest* for motion.

*Philip Sydney Dean* and *Treadwell Cleveland* opposed.

Motion granted, with costs.